IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:15MJ023 |
| v. | : | HON. SHARON L. OVINGTON |
| ROBERT J. TILLEY | : | ORDER DISMISSING CRIMINAL COMPLAINT AND ARREST WARRANT |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, having considered the United States' Motion to Dismiss the Criminal Complaint and Arrest Warrant issued on January 22, 2015, against ROBERT J. TILLEY in the above captioned matter, is hereby dismissed without prejudice.

SO ORDERED.

DATE: 5-22-15

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE